UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

JTH TAX, INC. d/b/a
LIBERTY TAX SERVICE,

           Plaintiff,

v.                                                  Civil No. 2:16cv191

RICARDO J. ABREU,

           Defendant.

### FINANCIAL INTEREST DISCLOSURE STATEMENT

      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for JTH Tax, Inc. in the above captioned action, certifies that the following are parents, trusts, subsidiaries and /or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

                              Liberty Tax, Inc.

Dated: April 14, 2016                  Respectfully submitted,

                                                    By: /s/ Brett A. Spain
                                                           Brett A. Spain (VSB No. 44567)
                                                           Gary A. Bryant (VSB No. 27558)
                                                           Counsel For JTH TAX, INC.
                                                             d/b/a LIBERTY TAX SERVICE
                                                            WILLCOX & SAVAGE, P.C.
                                                            440 Monticello Avenue, Ste. 2200
                                                            Norfolk, Virginia 23510
                                                            (757) 628-5500 Telephone
                                                            (757) 628-5566 Facsimile
                                                            bspain@wilsav.com
                                                            gbryant@wilsav.com

I-1402702.1